UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Emily Kollaritsch, Shayna Gross Jane Roe 1 and Jane Roe 2,** | : : : | |
| **Plaintiffs,** | : : | Case No. 1:15-cv-1191-PLM-PJG |
| v. | : : : | |
| **Michigan State University Board of Trustees, et al.** | : : : : | Honorable Paul L. Maloney |
| **Defendants.** | : | |

**STIPULATION AND ORDER
EXTENDING THE MICHIGAN STATE UNIVERSITY DEFENDANTS'
TIME TO FILE AN ANSWER TO THE AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs, and Defendants Michigan State University and Denise Maybank ("the MSU Defendants"), that the MSU Defendants need not file an Answer to the Amended Complaint until after the Court resolves the MSU Defendants' motion for a stay pending its appeal to the Sixth Circuit Court of Appeals. Should the Court deny the motion for a stay, in whole or in part, the MSU Defendants will answer on the terms provided by such Order.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**IT IS SO STIPULATED** this 6th day of December, 2017.

| | |
|---|---|
| *s/ Alexander S. Zalkin* | *s/ Michael E. Baughman* |
| Alexander S. Zalkin (#280813)<br>Irwin M. Zalkin (#89957)<br>THE ZALKIN LAW FIRM, P.C.<br>12555 High Bluff Drive, Suite 301<br>San Diego, CA 92130<br>(858) 259-3011<br>alex@zalkin.com<br>irwin@zalkin.com<br><br>*Attorney for Plaintiffs* | Michael E. Baughman, Esq.<br>Attorney I.D. No. 78690<br>baughmam@pepperlaw.com<br>Kristin H. Jones, Esq.<br>Attorney I.D. No. 85725<br>joneskh@pepperlaw.com<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799<br>(215) 981-4000<br><br>Matthew J. Lund, Esq. (P48632)<br>PEPPER HAMILTON LLP<br>4000 Town Center, Suite 1800<br>Southfield, Michigan 48075<br>(248) 359-7370<br>lundm@pepperlaw.com<br><br>Robert Kent, Esq.<br>Assistant General Counsel<br>Office of the General Counsel<br>MICHIGAN STATE UNIVERSITY<br>Hannah Administration Building<br>426 Auditorium Road, Room 494<br>East Lansing, MI  48824<br>(517) 353-3530<br>robkent@msu.edu<br><br>*Attorneys for Defendants*<br>*Michigan State University Board of Trustees and Denise Maybank* |

**IT IS SO ORDERED.**

/s/ Paul L. Maloney
Hon. Paul L. Maloney
U.S. District Court Judge

Dated:  December 6, 2017