UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EMILY KOLLARITSCH, *et al.*,          )<br>                        Plaintiffs,     )<br>                                        )<br>-v-                                     )<br>                                        )<br>MICHIGAN STATE UNIVERSITY BOARD         )<br>OF TRUSTEES, *et al.*,                  )<br>                        Defendants.    )<br>                                        ) | No. 1:15-cv-1191<br><br>Honorable Paul L. Maloney |

## JUDGMENT

Following an appeal, the Sixth Circuit resolved all of the remaining issues and remanded the action for entry of judgment dismissing Plaintiffs' complaint. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  July 7, 2020                                         /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge